IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01239-MSK-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER WATKINS;
JUDITH WATKINS;
FIRST BANK OF ARAPAHOE COUNTY;
COLORADO DEPARTMENT OF REVENUE;
BUSINESS REVENUE SYSTEMS, INC.;
BONDED BUSINESS SERVICES, LTD.; and
JAMES POTTER;

    Defendants.

## ORDER

Before the Court is United States' Motion for Leave to Amend Proof of Service of Business Revenue Systems, Inc and Bonded Business Services, Ltd. (*doc. # 28*). Upon consideration of the motion, and the exhibits submitted therewith, and for good cause shown, it is hereby

ORDERED that the United States' Motion for Leave to Amend Proof of Service of Business Revenue Systems, Inc. and Bonded Business Services, Ltd. is GRANTED.

IT IS FURTHER ORDERED that Exhibit A (*doc. # 29-2)*, to United States' Motion for Leave to Amend Proof of Service, shall be added as a supplement to Plaintiff's Certificate of Service (*doc. # 14)*. Exhibit B (*doc. # 29-3)*, to the United States' Motion for Leave to Amend Proof of Service, shall be added as a supplement to Plaintiff's Summons (*doc. # 9)*.

DATED at Denver, Colorado, this 2nd day of October, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge