IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01239-MSK-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER WATKINS,
JUDITH WATKINS,
FIRST BANK OF ARAPAHOE COUNTY,
COLORADO DEPARTMENT OF REVENUE,
BUSINESS REVENUE SYSTEMS, INC.,
BONDED BUSINESS SYSTEMS, LTD., and
JAMES POTTER,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS ORDERED that Defendant's Amended Motion for Withdrawal of Appearance (*doc. #39*) is GRANTED. The docket shall be amended to reflect that Claudia B. Goldin is lead counsel of record in the above captioned matter.

    IT IS FURTHER ORDERED that Attorneys Carolyn J. Lievers and Jennifer R. Knudsen are hereby deemed withdrawn as counsel of record for Defendant Colorado Department of Revenue and shall be removed from the court's electronic certificate of mailing.

**DATED:**    December 3, 2008