IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01239-MSK-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER WATKINS,
JUDITH WATKINS,
FIRST BANK OF ARAPAHOE COUNTY,
COLORADO DEPARTMENT OF REVENUE,
BUSINESS REVENUE SYSTEMS, INC.,
BONDED BUSINESS SYSTEMS, LTD., and
JAMES POTTER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS ORDERED that United States' Motion for Leave to Permit Counsel to Appear Telephonically at January 28, 2009 Conference (*doc. #45)* is GRANTED. All parties may participate telephonically at the January 28th status conference.

    Counsel for the United States is instructed to create a telephonic conference call that will incorporate all parties, then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**    January 26, 2009