IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01239-MSK-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER WATKINS,
JUDITH WATKINS,
FIRST BANK OF ARAPAHOE COUNTY,
COLORADO DEPARTMENT OF REVENUE,
BUSINESS REVENUE SYSTEMS, INC.,
BONDED BUSINESS SYSTEMS, LTD., and
JAMES POTTER,

       Defendants.

---

## JUDGMENT AS TO DEFENDANT JUDITH WATKINS

---

Before the Court is the parties' Stipulation for Entry of Judgment as to Defendant Judith

Watkins (**#75**).  Having reviewed the Stipulation of the parties and for good cause showing,

**IT IS HEREBY ORDERED** as follows:

1.      Judgment is entered in favor of the United States and against Judith Watkins for

unpaid liabilities assessed against them under 26 U.S.C. § 6672 for the tax periods ending March

31, 1996, September 30, 1996, December 31, 1996, March 31, 1997, June 30, 1997, September

30, 1997, December 31, 1997, March 30, 1998, and June 30, 1998, in the amount of

$188,532.59, plus interest and other statutory additions accruing from and after October 23,

2009, as provided by law pursuant to 28 U.S.C. § 1961(a)(1) and 26 U.S.C. §§ 6601, 6621(a)(2)

and 26 C.F.R. 301.6621-1, less any credits or payments.

2.      Judgment is entered in favor of the United States and against Judith Watkins for unpaid liabilities assessed against them under 26 U.S.C. §6672 for the tax periods ending September 30, 1998, December 31, 1998, March 30, 1999, and June 30, 1999, in the amount of $66,830.71, plus interest and other statutory additions accruing from and after October 23, 2009, as provided by law pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621(a)(2) and 26 C.F.R. 301.6621-1, less any credits or payments.

3.      Each party shall bear its respective costs, including attorneys fees and other costs associated with this litigation.

DATED this 21st day of October, 2009.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge