IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01239-MSK-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER WATKINS,
JUDITH WATKINS,
FIRST BANK OF ARAPAHOE COUNTY,
COLORADO DEPARTMENT OF REVENUE,
BUSINESS REVENUE SYSTEMS, INC.,
BONDED BUSINESS SYSTEMS, LTD., and
JAMES POTTER,

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the United States' Motion to Dismiss **(#89)** filed February 1, 2010. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. It is

**FURTHER ORDERED** that the Final Pretrial Conference set for February 23, 2010, is VACATED. The Clerk shall close this case.

DATED this 1st day of February, 2010.

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge