## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01239-MSK-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER WATKINS,
JUDITH WATKINS,
FIRST BANK OF ARAPAHOE COUNTY,
COLORADO DEPARTMENT OF REVENUE,
BUSINESS REVENUE SYSTEMS, INC.,
BONDED BUSINESS SERVICES, LTD., and
JAMES POTTER,

    Defendants.

## ORDER

Before the Court is the United States of America's motion to compel Christopher Watkins to answer the interrogatories and request for production in aid of judgment served on him on March 7, 2012. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that defendant Christopher Watkins shall provide responses with no objections to the United States' discovery requests served on March 7, 2012 on or before September 21, 2012.

This 29th day of August, 2012

~~MARCIA S. KRIEGER~~
~~United States District Judge~~
Craig B. Shaffer
United States Magistrate Judge

1